UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PERRY TOLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:25-cv-02578-TWP-MKK |
| ) | |
| MARK SANCHEZ, ) | |
| FOX CORPORATION, and ) | |
| HUSE CULINARY, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF INITIAL EXTENSION OF TIME

Defendant Mark Sanchez ("Sanchez"), by counsel and pursuant to Fed. R. Civ. P. 6(b) and S.D. L.R. 6-1(a), respectfully notifies the Court and Plaintiff of his initial extension of time to respond to Plaintiff's Complaint. In support, Sanchez states:

1. On October 6, 2025, Plaintiff initiated this action in the Marion County Superior Court 12. On November 21, 2025, Plaintiff filed his Amended Complaint.

2. On November 25, 2025 pursuant to Indiana Trial Rule 6(B), Sanchez filed a Notice of Automatic Initial Extension of Time, making his deadline to respond to the Amended Complaint January 12, 2026.

3. On December 22, 2025, Fox Corporation removed this action.

4. After removal, Sanchez's current deadline to respond to the Complaint is December 29, 2025, which has not yet passed.

5. Pursuant to Local Rule 6-1(a), and consistent with the Notice of Extension filed in Marion County Superior Corut 12, Sanchez respectfully notifies

the Court and Plaintiff of his initial 14-day extension of time to respond to Plaintiff's Complaint, from December 29, 2025 to January 12, 2026.

Respectfully submitted,

*/s/ Andrew M. McNeil*
Andrew M. McNeil (# 19140-49)
Dakota C. Slaughter (# 37582-29)
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
amcneil@boselaw.com
dslaughter@boselaw.com

*Attorneys for Defendant Mark Sanchez*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system:

| | |
|---|---|
| Edward R. Reichert | Daniel M. Thompson |
| Erik J. May | Joel T. Larson , Jr. |
| Jared A. Harts | BARNES & THORNBURG LLP |
| John P. Daly , Jr. | daniel.thompson@btlaw.com |
| Judith E. Golitko | jtlarson@btlaw.com |
| Matthew M. Golitko | |
| GOLITKO & DALY, PC | *Attorneys for Defendant* |
| eddie@golitkodaly.com | *Fox Corporation* |
| erik@golitkodaly.com | |
| jared@golitkodaly.com | |
| john@golitkodaly.com | |
| judy@golitkodaly.com | |
| matt@golitkodaly.com | |

*Attorneys for Plaintiff*
*Perry Tole*

I further certify that on December 29, 2025, a copy of the foregoing document was sent to the following counsel via e-mail:

Thomas M. Kimbrough
BARRETT MCNAGNY LLP
tmk@barrettlaw.com

*Attorney for Defendant*
*Huse Culinary, Inc.*

                                */s/ Andrew M. McNeil*

5151659