UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PERRY TOLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-02578-TWP-MKK |
| | ) |
| MARK SANCHEZ, | ) |
| FOX CORPORATION, | ) |
| HUSE CULINARY, INC., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Before the Court is Defendant Fox Corporation's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint. Dkt. [8]. Defendant requests that the Court grant an initial 28-day extension of time to respond to Plaintiff's Amended Complaint. Defendant states that an extension is needed to allow the Parties to address jurisdictional issues and because of delays in preparing a response related to the holiday season. Defendant states that Plaintiff opposes the extension of time. Plaintiff, however, did not file a response to the motion, and the time to do so has expired.

The Court, having considered the matter fully, finds good cause and now **GRANTS** the Motion, Dkt. [8]. The deadline for Defendant to file its responsive pleading shall be **extended up to and including January 26, 2026**.

So **ORDERED**.

Date: 01/08/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF

Case 1:25-cv-02578-TWP-MKK   Document 11   Filed 01/08/26   Page 2 of 2 PageID #: 205