UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PERRY TOLE,<br>   Plaintiff,<br><br>vs.<br><br>MARK SANCHEZ,<br>FOX CORPORATION,<br>and HUSE CULINARY, INC.,<br>   Defendants. | )<br>)<br>)<br>)   Case No.: 1:25-cv-2578-TWP-MKK<br>)<br>)<br>)<br>)<br>) |

### RULE 7.1 DISCLOSURE STATEMENT FOR PERRY TOLE

Plaintiff, Perry Tole, by counsel and pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, states that, as an individual domiciled in the State of Indiana, he is a citizen of the State of Indiana for purposes of diversity jurisdiction.

                Respectfully Submitted,

                */s/ Erik J. May, Esq.*
                Erik J. May, #24644-34
                Matthew M. Golitko, #22215-34
                John P. Daly, Jr., #11534-49
                Jared A. Harts, #25622-49
                Edward R. Reichert, #30414-49
                Attorneys for Plaintiff

**GOLITKO & DALY, PC**
8900 Keystone Crossing, Ste. 150
Indianapolis, IN 46240
Tel. (317) 566-9600
Fax (317) 566-9606
erik@golitkodaly.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of January, 2025, a copy of Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served via the CM/ECF system upon the following counsel of record:

    Andrew M. McNeil
    Dakota Christopher Spaughter
    Bose McKinney & Evans LLP
    111 Monument Circle, Ste. 2700
    amcneil@boselaw.com
    dslaughter@boselaw.com
    *Counsel for Defendant, Mark Sanchez*

    Daniel Mikhail Thompson
    Joel Thaddeus Larson, Jr.
    BARNES & THORNBURG, LLP
    11 South Meridian Street
    Indianapolis, IN 46204
    Daniel.thompson@btlaw.com
    Jtlarson@btlaw.com
    *Counsel for Defendant, Fox Corporation*

    Thomas M. Kimbrough
    BARRETT McNAGNY LLP
    215 E. Berry Street
    P.O. Box 2263
    Fort Wayne, IN 46802
    tmk@barrettlaw.com
    *Counsel for Defendant, Huse Culinary, Inc.*

    Respectfully Submitted,

    */s/ Erik J. May, Esq.*
    Erik J. May, #24644-34
    *Counsel for Plaintiff*

**GOLITKO & DALY, PC**
8900 Keystone Crossing, Ste. 150
Indianapolis, IN 46240
Tel. (317) 566-9600
Fax (317) 566-9606
erik@golitkodaly.com