UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PERRY TOLE,                        )
                                   )
                Plaintiff,         )
                                   )
        v.                         )    No. 1:25-cv-02578-TWP-MKK
                                   )
MARK SANCHEZ,                      )
FOX CORPORATION,                   )
HUSE CULINARY, INC.,               )
                                   )
                Defendants.        )

## ORDER

Before the Court is Defendant Sanchez's Unopposed Motion Extension of Time to file his responsive pleading. Dkt. [12]. Defendant Sanchez states that good cause exists to grant the extension because he has a pending criminal trial related to the same events and occurrences as this case and would like to preserve his privilege against self-incrimination without appearing to waive his constitutional rights in answering Plaintiff's allegations or in asserting affirmative defenses. Plaintiff does not oppose the motion.

The Court, being duly advised and having considered the matter fully, finds good cause and **GRANTS** the Motion, Dkt. [12]. The deadline for Defendant Sanchez to file his responsive pleading shall be **extended up to and including February 9, 2026**.

So **ORDERED**.

Date: 1/20/2026

_____

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

1

Distribution:

All ECF-registered counsel of record via CM/ECF