UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PERRY TOLE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:25-cv-2578-TWP-MKK |
| | ) |
| MARK SANCHEZ, | ) |
| FOX CORPORATION, and | ) |
| HUSE CULINARY, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION FOR EXTENSION OF TIME**

This cause, having come before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, and the Court, having reviewed said Motion and being otherwise duly advised, hereby:

ORDERS that the Motion is **GRANTED**. Both Fox and Sanchez shall have up to and including **March 12, 2026**, in which to file a response to Plaintiff's Amended Complaint.

ORDERED this ____ day of _____, 2026.

_____
MAGISTRATE JUDGE, United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email