UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PERRY TOLE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:25-cv-02578-TWP-MKK |
| | ) |
| MARK SANCHEZ, | ) |
| FOX CORPORATION, and | ) |
| HUSE CULINARY, INC., | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO SANCHEZ'S MOTION FOR LIMITED STAY OF DISCOVERY AND REPONSIVE PLEADING DEADLINE**

COMES NOW Defendant, Huse Culinary, Inc., by counsel, Thomas M. Kimbrough, and for its response to Sanchez's Motion for Limited Stay of Discovery and Responsive Pleading Deadline and hereby states that it has no objection to the entry of a limited stay of all discovery, directed to Sanchez, including the outstanding Interrogatories and Request for Production served by Huse Culinary Inc. until the conclusion of the criminal matter. Huse Culinary Inc. makes no response and has no position concerning the request for enlargement of time to file an answer or other responsive pleading requested by Sanchez. Additionally, Huse Culinary Inc. respectfully reserves the right to readdress the limited stay if in fact the criminal proceedings, currently scheduled for a jury trial to commence on April 9, 2026, is continued and unduly delayed such that a continuing stay of discovery will prejudice the rights of Huse Culinary, Inc. to conduct necessary discovery to appropriately defend itself.

        BARRETT MCNAGNY LLP

        By   /s/ Thomas M. Kimbrough
        Thomas M. Kimbrough, #5414-02
        215 E. Berry Street/P. O. Box 2263
        Fort Wayne, IN 46801
        Phone:   (260) 423-9551
        Fax:   (260) 423-8920
        E-mail:   tmk@barrettlaw.com
        *Attorney for Defendant Huse Culinary, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 10th day of March, 2026, electronically filed the foregoing with the Clerk of Court using the Court's IEFS system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system or by depositing a copy of the foregoing in the U.S. Mail, postage prepaid, properly addressed to:

| | |
|---|---|
| Erik J. May<br>Edward R. Reichert<br>GOLITKO & DALY, P.C.<br>410 N. Morton Street<br>Bloomington, IN 47404<br>erik@golitkodaly.com<br>eddie@golitkodaly.com<br>*Attorneys for Plaintiff* | Andrew M. McNeil<br>Dakota C. Slaughter<br>BOSE MCKINNEY & EVANS LLP<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204<br>amcneil@boselaw.com<br>dslaughter@boselaw.com<br>*Attorneys for Defendant, Mark Sanchez* |
| Matthew M. Golitko<br>John P. Daly, Jr.<br>Judith E. Golitko<br>Jared A. Harts<br>GOLITKO & DALY, P.C.<br>8900 Keystone Crossing, Suite 150<br>Indianapolis, IN 46240<br>matt@golitkodaly.com<br>john@golitkodaly.com<br>judy@golitkodaly.com<br>jared@golitkodaly.com<br>*Attorneys for Plaintiff* | Joel T. Larson<br>Daniel M. Thompson<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>jt.larson@btlaw.com<br>daniel.thompson@btlaw.com<br>*Attorneys for Defendant, Fox Corporation* |

/s/ Thomas M. Kimbrough
Thomas M. Kimbrough

4928-0801-3974, v. 1