UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PERRY TOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-02578-TWP-MKK |
| | ) | |
| MARK SANCHEZ, | ) | |
| FOX CORPORATION, | ) | |
| HUSE CULINARY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendant Sanchez's Motion for Limited Stay of Discovery and Responsive Pleading Deadline, Dkt. [24], requesting that the Court stay all discovery as it relates to responses required by him and that the Court stay his responsive pleading deadline until the criminal proceeding against him has been resolved. Defendant Sanchez did not indicate the position of the other parties regarding his motion.

The Court hereby takes Defendant Sanchez's Motion, Dkt. [24], **UNDER ADVISEMENT**. Plaintiff and Co-Defendants shall file any response to Sanchez's Motion for Limited Stay of Discovery and Responsive Pleading, (Dkt. 24), by **March 20, 2026**. Defendant Sanchez's reply, if any, shall be filed by **March 27, 2026**.

While the motion remains under advisement, the Court **STAYS** all **discovery** until further order of the Court. The Court further **STAYS** the **deadline for Defendant Sanchez to respond** to the amended complaint until further order of the Court.

The initial pretrial conference scheduled for March 23, 2026, is **CONTINUED to March 30, 2026, at 3:00 p.m. (Eastern)** before Magistrate Judge M. Kendra Klump. At the conference, the parties should be prepared to discuss Defendant Sanchez's Motion, anticipated discovery, and proposed case management deadlines. Parties are to use the call-in information at Docket 20 to participate in the conference.

So ORDERED.

Date: 03/10/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF