UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PERRY TOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:25-cv-2578-TWP-MKK |
| | ) | |
| MARK SANCHEZ, | ) | |
| FOX CORPORATION, and | ) | |
| HUSE CULINARY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT FOX CORPORATION'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to S.D. Ind. L.R. 6-1(c), Defendant Fox Corporation ("Fox"), by counsel, respectfully requests that the Court grant a 28-day extension of time for Fox to respond to Plaintiff's Amended Complaint, up to and including **April 9, 2026**.

Fox removed this case from state to federal court on December 22, 2025. [ECF No. 1.] Fox's current deadline to answer or otherwise respond to Plaintiff's Amended Complaint is March 12, 2026. [ECF No. 18.] Plaintiff Perry Tole moved to remand this case back to state court on January 20, 2026, and that motion is fully briefed and pending. [ECF No. 13.] Additionally, Co-Defendant Mark Sanchez ("Sanchez") moved to stay certain discovery. [ECF No. 24.] As a result of Sanchez's pending motion, this Court stayed all discovery, extended Sanchez's responsive pleading deadline, and continued the initial pretrial conference. [ECF No. 26.]

Good cause exists for this extension of time for three reasons.

*First*, the Court has extended Sanchez's response deadline pending further order from the Court. Fox's requested extension will run up to April 9, 2026, which is the same day that Sanchez's criminal trial is set to begin. By that time the parties may have more information on Sanchez's

1

ability to participate in this civil case without risking his Fifth Amendment rights. And aligning Fox's deadline with the related criminal proceedings will promote consistency and judicial efficiency, conserving the resources of the parties and the Court.

*Second*, the parties dispute whether this Court may properly exercise jurisdiction over the case at all. If remand is granted, Fox's responsive pleading in this Court would be unnecessary and Plaintiff may incur time and expense of dispositive motions practice without need. Further, the forum in which this case proceeds (federal or state court) will materially affect Fox's pleading strategy and the presentation of its affirmative defenses, including but not limited to the applicability, timing, and framing of defenses under the respective procedural regimes. This extension would avoid potentially duplicative or moot filings while the jurisdictional question is resolved.

*Third*, the request is made in good faith, not for purposes of delay, and no party will be unduly prejudiced. No scheduling order deadlines other than the responsive-pleading deadline will be impacted by the requested extension. Counsel for Fox has conferred with all the properly joined and served parties, and they do not oppose this motion.

For these reasons, Fox respectfully requests an extension of time of no more than 28 days, which would allow Fox's answer or other responsive pleading to be due by **April 9, 2026**.

Dated:  March 11, 2026

*/s/ J.T. Larson*
J.T. Larson, (IN 31392-29)
Daniel M. Thompson (IN 36336-53)
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:  (317) 236-1313
JT.Larson@btlaw.com
Daniel.Thompson@btlaw.com

*Counsel for Defendant*
*Fox Corporation*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 11, 2026, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

*/s/ J.T. Larson*