UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PERRY TOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-02578-TWP-MKK |
| | ) | |
| MARK SANCHEZ, | ) | |
| FOX CORPORATION, | ) | |
| HUSE CULINARY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendant Fox Corporation's Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint. Dkt. [27].

On December 22, 2025, Defendant Fox Corporation removed this claim from the Marion County Superior Court. (*See* Dkt. 1). On January 8, 2026, the Court extended the deadline for Defendant Fox Corporation to file its responsive pleading to January 26, 2026. (Dkt. 11). On January 20, 2026, Plaintiff filed a motion to remand for lack of subject matter jurisdiction. (*See* Dkt. 13). On January 27, 2026, the Court extended the deadline for Defendant Fox Corporation to file its responsive pleading again to March 12, 2026. (Dkt. 18).

Now, Defendant Fox Corporation states that good cause exists to extend the deadline for it to file its responsive pleading another 28 days to April 9, 2026, the day of Defendant Sanchez's criminal trial, to allow the parties to discover the extent of Defendant Sanchez's ability to participate in this trial and to allow the Court to decide on the jurisdictional issue thereby preserving resources and avoiding

1

potentially duplicative or moot filings. Defendant Fox Corporation states no party will be unduly prejudiced by the requested extension. None of the other parties in this case has responded to the motion, and the deadline to do so has now passed. The Court finds that the pending threshold jurisdictional issue before the Court represents good cause to extend the deadline.

Therefore, the Court, having considered the matter fully and being duly advised, now **GRANTS** the Motion, Dkt. [27]. The deadline for Defendant Fox Corporation to file its responsive pleading shall be **extended up to and including April 9, 2026**.

So **ORDERED**.

Date: 03/30/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via CM/ECF