UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PERRY TOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-02578-TWP-MKK |
| | ) | |
| MARK SANCHEZ, | ) | |
| FOX CORPORATION, | ) | |
| HUSE CULINARY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Live remote audio access to the telephonic initial pretrial conference scheduled for March 30, 2026, at 3:00 p.m. in the above-captioned matter is authorized consistent with the *Guide to Judiciary Policy*, Vol. 10, Ch. 4 § 420(b).  The live audio feed may be accessed by calling **571-353-2301** and entering **Meeting ID 841254067**. The telephone line over which the live audio feed will be provided will be muted throughout the proceeding and no public participation in the proceeding will be allowed. This one-time authorization of a live audio feed does not create any right of any party or the public to live remote public audio access to proceeding in this matter in the future. See *id*.

Date: 3/30/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.