UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PERRY TOLE,                                    )
                                               )
                    Plaintiff,                 )
                                               )
            v.                                 )        No. 1:25-cv-02578-TWP-MKK
                                               )
MARK SANCHEZ,                                  )
FOX CORPORATION,                               )
HUSE CULINARY, INC.,                           )
                                               )
                    Defendants.                )

## ORDER

The parties appeared, by counsel, for a telephonic initial pretrial conference on March 30, 2026. The parties discussed discovery and Defendant Sanchez's pending Motion for Limited Stay of Discovery and Responsive Pleadings, (Dkt. 24).

The Court **DIRECTED** Defendant Huse Culinary, Inc. to file its Rule 7.1 disclosure statement **by no later than April 3, 2026**.

The Court **GRANTED** Defendant Sanchez's Motion for Limited Stay of Discovery and Responsive Pleadings, Dkt. [24], to the extent that **discovery, discovery related deadlines, and responsive pleading obligations** are **STAYED** as to all parties pending the Court's ruling on Plaintiff's Motion to Remand, (Dkt. 13). The Court further **STAYED Defendant Sanchez's discovery** obligations and his **responsive pleading** obligation pending resolution of the criminal proceeding against him in Marion Superior Court 21, cause No. 49D21-2510-CM-030297.

The Court will issue a case management plan after the discovery and responsive pleading stays are lifted.

This matter is scheduled for a telephonic status conference on **June 16, 2026, at 9:30 a.m. (Eastern)**. Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

So **ORDERED**.

Date: 3/31/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF