UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PERRY TOLE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:25-cv-02578-TWP-MKK |
| | ) | |
| MARK SANCHEZ, | ) | |
| FOX CORPORATION, and | ) | |
| HUSE CULINARY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Comes now the Defendant, Huse Culinary, Inc., by counsel, Barrett McNagny LLP, and

pursuant to Fed. R. Civ. P. Rule 7.1 and for its Corporate Disclosure Statement, states as follows:

1.      Huse Culinary, Inc. is an Indiana corporation with its principal place of business

at 101W. Washington Street, Suit 1250, Indianapolis, Indiana.

2.      Defendant is not owned by any parent corporation and there are no publicly held

companies or investment funds that have an ownership interest in Defendant.

3.      Westfield Insurance Company may be liable in whole or in part for a judgment in

the action or the cost of defense.

4.      No additional disclosures are required under General Order 2023-06 or the

Federal Rule of Civil Procedure.

Respectfully submitted,

BARRETT & McNAGNY LLP

By: /s/Thomas M. Kimbrough
Thomas M. Kimbrough, #5414-02
215 East Berry Street
Fort Wayne, IN 46801-2263
(260) 423-9551
Fax: (260) 423-8920
*Attorney for Defendant Huse Culinary, Inc*

1

4922-7391-3244, v. 1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 31st day of March, 2026, electronically filed the foregoing with the Clerk of Court using the Court's IEFS system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system or by depositing a copy of the foregoing in the U.S. Mail, postage prepaid, properly addressed to:

Erik J. May
Edward R. Reichert
GOLITKO & DALY, P.C.
410 N. Morton Street
Bloomington, IN 47404
erik@golitkodaly.com
eddie@golitkodaly.com
*Attorneys for Plaintiff*

Andrew M. McNeil
Dakota C. Slaughter
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
amcneil@boselaw.com
dslaughter@boselaw.com
*Attorneys for Defendant, Mark Sanchez*

Matthew M. Golitko
John P. Daly, Jr.
Judith E. Golitko
Jared A. Harts
GOLITKO & DALY, P.C.
8900 Keystone Crossing, Suite 150
Indianapolis, IN 46240
matt@golitkodaly.com
john@golitkodaly.com
judy@golitkodaly.com
jared@golitkodaly.com
*Attorneys for Plaintiff*

Joel T. Larson
Daniel M. Thompson
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
jt.larson@btlaw.com
daniel.thompson@btlaw.com
*Attorneys for Defendant, Fox Corporation*

/s/ Thomas M. Kimbrough
Thomas M. Kimbrough

2

4922-7391-3244, v. 1