UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PERRY TOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-02578-TWP-MKK |
| | ) | |
| MARK SANCHEZ, | ) | |
| FOX CORPORATION, | ) | |
| HUSE CULINARY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

On June 16, 2026, the Parties, by counsel, appeared for a telephonic status conference with the Magistrate Judge. The Parties discussed case management and the status of Defendant Sanchez's state case. Defendant Fox Corp. indicated that it is available for oral argument on Plaintiff's pending Motion to Remand.

This matter is set for a telephonic status conference on **July 30, 2026, at 10:30 a.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

The conference concluded without further order.

Date: 6/22/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.