**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| PERRY TOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:25-cv-2578-TWP-MKK |
| | ) | |
| MARK SANCHEZ, | ) | |
| FOX CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Before the Court is Plaintiff's unopposed Motion for Extension of Time to Respond to Defendant Fox Corporation's Motion to Stay Discovery and Motion to Dismiss, Dkt. [54]. The Court, being duly advised, now **GRANTS** said motion.

Plaintiff shall have up to and including **September 10, 2026**, in which to file a response to Defendant Fox Corporation's Motion to Stay Discovery, (Dkt. 50), and up to and including **September 17, 2026**, in which to file a response to Defendant Fox Corporation's Motion to Dismiss, (Dkt. 48). Defendant Fox Corporation's replies in support of either motion are due within **7 days** after service of a response. S.D. Ind. L.R. 7-1(c)(2), (3)(b).

So **ORDERED.**

Date: 8/26/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email