**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| PERRY TOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:25-cv-2578-TWP-MKK |
| | ) | |
| MARK SANCHEZ, | ) | |
| FOX CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME**

This matter comes before the Court on Plaintiff's Second Motion for Extension of Time to Respond to Defendant Fox Corporation's Motion to Stay Discovery and Motion to Dismiss. Defendant Fox Corporation does not oppose Plaintiff's request. (Dkt. 56 at 2). The Court, having reviewed said Motion and being otherwise duly advised, hereby GRANTS the Motion. Dkt. [56]. Plaintiff shall have up to and including **October 10, 2026**, in which to file a response to Defendant Fox Corporation's Motion to Stay Discovery, and up to and including **October 17, 2026**, in which to file a response to Defendant Fox Corporation's Motion to Dismiss.

So ORDERED.

Date: 09/10/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email