UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PERRY TOLE,<br><br>Plaintiff,<br><br>v.<br><br>MARK SANCHEZ,<br>FOX CORPORATION,<br><br>Defendants. | ) | No. 1:25-cv-02578-TWP-MKK |

**ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE**

On October 2, 2026, the Parties, by counsel, appeared for a telephonic status conference with the Magistrate Judge. The Parties discussed case status.

The Parties notified the Court that they have reached an agreement in principle. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

On or before **January 8, 2027**, counsel for the Plaintiff shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the Parties).Additional time to complete the execution of the settlement documents may be granted if requested in writing before expiration of this period.

The conference concluded without further order.

Date: 10/6/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.